1  Rachel Rebecca Stevens (261360)
2  Amy Lynn Bennecoff Ginsburg (275805)
   Kimmel & Silverman, P.C.
3  30 East Butler Pike
   Ambler, PA 19002
4  Telephone: 215-540-8888
5  Facsimile: 215-540-8817
   aginsburg@creditlaw.com
6  Attorney for Plaintiff

7

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL JOHNSON, | ) Case No.: 3:18-cv-01059-EMC |
| | ) |
| | ) [PROPOSED] ORDER GRANTIG |
| Plaintiff. | ) JOINT STIPULATION TO |
| | ) ALLOW COUNSEL TO |
| v. | ) PARTICIPATE BY TELEPHONE |
| | ) AT CASE MANAGEMENT |
| RASH CURTIS & ASSOCIATES, | ) CONFERENCE |
| | ) |
| Defendant. | ) Date:      June 7, 2018 |
| | ) Time:      9:30 a.m. |
| | ) Location: 450 Golden Gate Avenue, |
| | )                Fl. 17, Crtrm. 5 |
| | )                San Francisco, CA 94102 |
| | ) Hon. Edward M. Chen, U.S.D.J. |
| | ) |
| | ) Complaint Filed: February 19, 2018 |
| | ) Trial Date:      TBD |

        This Court has received the parties' Joint Stipulation to Allow Counsel to

Participate in the June 7, 2018, Case Management Conference By Telephone, and

good cause being shown, the stipulation is approved. Counsel for either or both

- 1 -

[PROPOSED] ORDER

parties may appear at the June 7, 2018, Case Management Conference by

telephone.

   **IT IS SO ORDERED**.  Counsel for Plaintiff shall contact Courtcall at
866-582-6878 to set up the conference call.



_____
Hon. Edward M. Chen
U.S. District Judge

[PROPOSED] ORDER

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to or interested in the within

entitled action. My business address is 30 E. Butler Avenue, Ambler,

Pennsylvania, 19002.

On May 29, 2018, I electronically filed the following:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO
ALLOW COUNSEL TO PARTICIPATE IN SEPTEMBER 18, 2017
CASE MANAGEMENT CONFERENCE BY TELEPHONE**

with the Clerk of the Court using the CM/ECF system, which effects service on all

counsel of record for Defendant:

David R. Casady, Esq.
Amanda Nicole Griffith, Esq.
Mark Eric Lowery, Esq.
Berman, Berman, Berman, Schneider & Lowary, LLP
2390 Professional Drive
Roseville, CA 95661

I declare under penalty of perjury under the laws of the United States and the

State of California that the foregoing is true and correct.

Executed on May 29, 2018, at Ambler, Pennsylvania.


Kimmel & Silverman, P.C.

By: /s/ Rachel Rebecca Stevens
Rachel Rebecca Stevens (261360)
Attorney for Plaintiff